# CIVIL COVER SHEET

%JS 44 (Rev. 12/07) (cand rev 1-16-08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Gayle Gaggero and Kids Culinary Adventures, LLC. a California limited liability company.

## DEFENDANTS

Brandy Krueger, Alternative Administration, LLC., a Michigan limited liability Company, Kevin Wood and Plantaware, LLC.

**(b)** County of Residence of First Listed Plaintiff San Mateo, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    State of Michigan
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

ALEXANDER M. WEYAND (SBN 108147)
PETERSON WEYAND & MARTIN LLP
49 Stevenson Street, Tenth Floor, San Francisco, CA 94105
Telephone: (415) 399-2900   Fax: (415) 399-2930

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [x] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act |  | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General |  | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee |  |  |
|  |  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332.

Brief description of cause:
Conversion of website and email address

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ over $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE  4/29/08

SIGNATURE OF ATTORNEY OF RECORD

1  ALEXANDER M. WEYAND (SBN 108147)
   PAUL P. DeANGELIS (SBN 193913)
2  PETERSON WEYAND & MARTIN LLP
   49 Stevenson Street, Tenth Floor
3  San Francisco, CA 94105
   Telephone: (415) 399-2900
4  Facsimile: (415) 399-2930

5  Attorneys for Plaintiffs
   GAYLE GAGGERO and KIDS CULINARY
6  ADVENTURES, LLC, a California limited liability
   company

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDL

| GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited liability company, | CASE NO. CV 08 2217 |
|---|---|
| Plaintiffs, | **COMPLAINT FOR CONVERSION, UNFAIR BUSINESS PRACTICES AND DECLARATORY RELIEF** |
| vs. | |
| BRANDY KRUEGER, ALTERNATIVE ADMINISTRATION, LLC, a Michigan limited liability company, KEVIN WOOD and PLANTAWARE, LLC, a Michigan limited liability company, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited liability company (hereinafter collectively "KCA") hereby complain of Defendants BRANDY KRUEGER, ALTERNATIVE ADMINISTRATION, LLC CORPORATION, a Michigan limited liability company, KEVIN WOOD and PLANTAWARE, LLC, a Michigan limited liability company, and allege as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Venue is proper in this judicial district under 28 U.S.C. § 1391(c).

---

**COMPLAINT**                                                    1

## THE PARTIES

3. Plaintiff GAYLE GAGGERO is an individual residing in San Mateo County, California.

4. Plaintiff KIDS CULINARY ADVENTURES, LLC is a California limited liability company duly formed and existing under the laws of the State of California, with its principal place of business in San Mateo County, California.

5. Defendant BRANDY KRUEGER is an individual residing in Michigan.

6. Defendant KEVIN WOOD is an individual residing in Michigan.

7. Defendant ALTERNATIVE ADMINISTRATION, LLC, is a Michigan limited liability company duly formed and existing under the laws of the State of Michigan, with its principal place of business in Michigan controlled by Defendant BRANDY KRUEGER.

8. Defendant PLANTAWARE, LLC, is a Michigan limited liability company duly formed and existing under the laws of the State of Michigan, with its principal place of business in Michigan controlled by Defendant KEVIN WOOD.

## FIRST CLAIM FOR RELIEF

### (Conversion)

9. Plaintiff hereby incorporates by reference paragraphs 1-8 as if restated herein.

10. Defendants BRANDY KRUEGER and ALTERNATIVE ADMINISTRATION, LLC, and each of them, entered into an independent contractor agreement (the "ICA") with Plaintiffs, and each of them, to assist with the administrative support for a venture known as "Kids Culinary Adventures." In connection with the ICA, Defendants, and each of them, assisted in establishing a website and a certain e-mail addresses for Plaintiffs, and each of them. That website and email address are: "KIDSCULINARYADVENTURES.COM" and gg@kidsculinaryadventures.com. Plaintiffs, and each of them, exclusively own the website and e-mail addresses.

11. After the parties entered into the ICA, disputes arose between them, including without limitation, a dispute raised by Defendants, and each of them, that Defendant BRANDY

**COMPLAINT**    2

1  KRUEGER and/or Defendant ALTERNATIVE ADMINISTRATION, LLC had a right to own or
2  owned some membership interest in Plaintiff KIDS CULINARY ADVENTURES, LLC.
3  Plaintiffs, and each of them, deny any such right or interest.

4      12.    Plaintiffs, and each of them, terminated the ICA and any other business
5  relationship with the Defendants, and each of them, on or about April 23, 2008. Thereafter, the
6  Defendants, and each of them, caused the aforesaid website and email address to be disabled and
7  otherwise took control of them such that Plaintiffs, and each of them, have been blocked and
8  impeded from doing business therewith (the "Conversion").

9      13.    Plaintiffs are informed and believe, and on that basis allege, that the Conversion
10 will continue unless enjoined by this Court.

11     14.    By reason of the Conversion, Plaintiffs have been, and will continue to be,
12 irreparably harmed.

13     15.    As a direct, proximate and foreseeable result of the Conversion, Plaintiffs, and
14 each of them, are informed and believe and thereupon allege that they have been damaged in an
15 amount in excess of $75,000.00, exclusive of interest and costs.

16     16.    As a result of the Conversion, Plaintiffs, and each of them, are entitled to punitive
17 damages against each of the Defendants in an amount according to proof.

18

19 ## SECOND CLAIM FOR RELIEF

20 **(California Business & Professions Code Section 17200 et seq.)**

21     17.    Plaintiffs hereby incorporate by reference paragraphs 1-14 as if restated herein.

22     18.    Defendants, and each of them, violated Business & Professions Code Section
23 17200, et seq., by their conduct as alleged above and Plaintiffs, and each of them, are entitled to
24 injunctive relief against them to stop the Conversion and any related activities.

25

26 ## THIRD CLAIM FOR RELIEF

27 **(Declaratory Relief)**

28     19.    Plaintiffs hereby incorporate by reference paragraphs 1-14 as if restated herein.

COMPLAINT    3

1    20.   A dispute has arisen and an actual controversy exists between Plaintiffs, on the one
2  hand, and Defendants, BRANDY KRUEGER and/or Defendant ALTERNATIVE
3  ADMINISTRATION, LLC, on the other, regarding the right to ownership in, and ownership of,
4  Plaintiff KIDS CULINARY ADVENTURES, LLC.

5    21.   Plaintiffs, and each of them, contend that they never had any meeting of the minds
6  with said Defendants, and each of them, regarding any such right to ownership or ownership
7  interest and that among other things necessary conditions thereto were never agreed upon or
8  satisfied.

9    22.   Plaintiffs are informed and believe and thereupon allege that said Defendants, and
10 each them, contend that some right was created for or ownership interest transferred to
11 Defendants BRANDY KRUEGER and/or Defendant ALTERNATIVE ADMINISTRATION,
12 LLC.

13   23.   Plaintiffs, and each of them, seek a judicial determination regarding the rights and
14 interests at issue, namely the aforesaid parties never had any meeting of the minds regarding any
15 such right to ownership or ownership interest in Plaintiff KIDS CULINARY ADVENTURES,
16 LLC and that necessary conditions thereto were never agreed upon or satisfied, such that said
17 Defendants never had nor have any such right or interest.

18   24.   Such a declaration is necessary and appropriate at this time in order that Plaintiffs,
19 and each of them, may ascertain their rights and duties and to avoid a multiplicity of actions as
20 regards these issues.

21
22                              **PRAYER FOR RELIEF**

23       WHEREFORE, Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES,
24 LLC, pray for relief as follows:

25       A.    That Defendants BRANDY KRUEGER, ALTERNATIVE ADMINISTRATION,
26 LLC, KEVIN WOOD and PLANTAWARE, LLC, be preliminarily and permanently restrained
27 and enjoined from directly or indirectly causing the Conversion;

28       B.    That this Court award damages to compensate Plaintiffs GAYLE GAGGERO and

COMPLAINT                              4

KIDS CULINARY ADVENTURES, LLC, for the Conversion by Defendants BRANDY KRUEGER, ALTERNATIVE ADMINISTRATION, LLC, KEVIN WOOD and PLANTAWARE, LLC; and,

    C.    For such other and further relief as the Court may deem proper.

Dated: April 28, 2008    PETERSON, WEYAND & MARTIN, LLP

By _____
Alexander M. Weyand
Attorney for Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited liability company

## DEMAND FOR JURY TRIAL

Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, hereby demand a trial by jury as to all issues triable by jury, specifically including, but not limited to, the issue of the Conversion.

Dated: April 28, 2008    PETERSON, WEYAND & MARTIN, LLP

By _____
Alexander M. Weyand
Attorney for Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited liability company

COMPLAINT    5