1  [Counsel listed on last page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited 13  company, | Case No. C 08 2217 EDL  **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| 14            Plaintiffs, | |
| 15       v. | |
| 16  BRANDY KRUEGER, ALTERNATIVE ADMINSTRATION, LLC, a Michigan limited 17  liability company, KEVIN WOOD and PLANTWARE, LLC, a Michigan limited 18  liability company, | |
| 19            Defendants and       Counterclaim Plaintiff. | |

20

21

22

23

24

25

26

27

28

Case No. CV 08 2217 EDL

NOTICE OF DISMISSAL WITHOUT PREJUDICE

1  Plaintiffs, and each of them, pursuant to Fed. R. Civ. P. 41(a), hereby dismiss the
2  present action without prejudice, each party to bear his/her/its own costs and attorneys' fees.

Peterson, Weyand & Martin LLP

By: _____
Alexander M. Weyand
Attorneys for Plaintiffs GAYLE GAGGERO
and KIDS CULINARY ADVENTURES, LLC,
a California limited company,

Dated:  July 29, 2008

NOTICE OF DISMISSAL WITHOUT PREJUDICE                 1                 Case No. CV 08 2217 EDL

| | |
|---|---|
| 1 | ALEXANDER M. WEYAND (Bar No. 108147)<br>aweyand@pwmlaw.com<br>PETERSON, WEYAND & MARTIN LLP |
| 2 | 49 Stevenson Street, Tenth Floor<br>San Francisco, CA 94105 |
| 3 | Telephone:  (415) 399-2900<br>Facsimile:  (415) 399-2930 |
| 4 | |
| 5 | Attorneys for Plaintiffs GAYLE GAGGERO and KIDS CULINARY ADVENTURES, LLC, a California limited company |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE        2

Case No. CV 08 2217 EDL